**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5139*
*elizabeth.vieyra@usdoj.gov*

November 2, 2026

Via Electronic Filing
Hon. Brian R. Martinotti, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: *Enriquez v. Soto, et al.*, No. 26-cv-13978 (BRM)**
**Request for 3-Day Extension**

Dear Judge Martinotti:

This Office represents Respondents in this habeas matter. We respectfully write to request a three-day extension of time, or until November 5, 2026, to file a two-page letter regarding Petitioner's detention authority. U.S. Immigration and Customs Enforcement ("ICE") reports that Petitioner is subject to a reinstated final order of removal, originally entered May 12, 2011, and remains detained pursuant to 8 U.S.C. § 1231(a)(5). This Office respectfully requests an extension of time to allow for receipt and review of Petitioner's relevant immigration documents from ICE.

Petitioner's counsel indicated that he does not object to the requested extension. We thank the Court for its attention to this matter.

SO ORDERED.

BRIAN R. MARTINOTTI, USDJ
DATED: NOV. 3, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record *(via electronic filing)*